7319 West Jefferson Blvd
Fort Wayne, IN 46804-6237

Address Service Requested

Russel H Kenney

IF PAYING BY MASTERCARD, VISA OR DISCOVER, FILL OUT BELOW.

| ☐ MASTERCARD | ☐ VISA | ☐ DISCOVER |
|---|---|---|

| CARD NUMBER | | 3 Digit Code | AMOUNT |
|---|---|---|---|
| SIGNATURE | | | EXP DATE |

| ACCOUNT # | AMOUNT OF DEBT |
|---|---|
| MAR 2 9 2010 | $159.04 |

SUBMIT YOUR PAYMENT TO:

PROFESSIONAL RECOVERY, INC.
7319 WEST JEFFERSON BLVD
FORT WAYNE, IN 46804-6237

........................................................................................................................

RETURN THE ABOVE PORTION WITH YOUR PAYMENT FOR PROPER CREDIT TO YOUR ACCOUNT

Date: March 12, 2010

Your account(s) listed below have been assigned to Professional Recovery, Inc. for collection.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

| PATIENT NAME | SERVICE DATE | AMOUNT DUE | CREDITOR |
|---|---|---|---|
| Russel H Kenney | 05/11/07 | 159.04 | Internal Medicine Associates |

AMOUNT OF DEBT: $159.04

ACCOUNT NUMBER:

This notice is from a debt collecting agency, attempting to collect a debt. Information obtained will be used for that purpose.

Please include your account number (  ) in all correspondence.
Payments are accepted online at www.professionalrecoveryinc.com or
you can mail or call your payment to:

PROFESSIONAL RECOVERY, INC.
7319 WEST JEFFERSON BLVD
FORT WAYNE, IN 46804-6237
(260) 456-1555 or 800-776-4750


EXHIBIT A

**Legal Advocates for Seniors and People with Disabilities**
205 W. Monroe, 4th Floor, Chicago, IL  60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

**VIA FACSIMILE**

April 27, 2010

Professional Recovery Inc
7319 W Jefferson Blvd
Fort Wayne, IN 46804-6237

Re:  Russel Kenney

IN

Consumer's account:

LASPD file number:  4599

Dear Sir or Madam:

Please be advised that we represent Russel Kenney regarding your firm's attempts to collect the above-referenced debt.

Legal Advocates for Seniors and People with Disabilities ("LASPD") is a nationwide program of the Chicago Legal Clinic, Inc., a not-for-profit law office providing low-cost legal services to the public.  LASPD provides debt-related legal services to seniors and people with disabilities who have a fixed and/or limited income, protected by law, and have minimal or no assets.  LASPD's goal is to persuade creditors and third party collectors to cease collection efforts, including filing a lawsuit, regarding debts that are not collectible, such as the one referenced above.

We ask that you, or the creditor you represent, review the attached affidavit from Mr. Kenney.  As you will see, Mr. Kenney's income is protected from levy, attachment or garnishment by Federal and/or State law.  Moreover, there is no income available for any payment arrangement or settlement.  Accordingly, our client refuses to pay any debt that you are attempting to collect and we request that you cease all further collection activities and direct all future communications to our office.

In closing, I am certainly prepared to furnish you with other appropriate information that you may require.  If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

*Jeff Whitehead*

Jeff Whitehead,
Supervising Attorney
Enc.


EXHIBIT B

**Legal Advocates for Seniors and People with Disabilities**
205 West Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

Edward Grossman, Executive Director
Marta C. Bukata, Deputy Director
Jeff Whitehead, Supervising Attorney

## CONSENT FORM FOR LEGAL REPRESENTATION

Please allow this form to express my (our) formal consent for Legal Advocates for Seniors and People with Disabilities (LASPD) to provide certain legal representation on my (our) behalf with respect to my (our) debts. LASPD, through its agents, has authority to communicate with all creditors on my (our) behalf. All communication regarding my (our) debts from any and all of my (our) creditors shall be made only through the agents of LASPD. This consent form shall be valid until revoked in writing by the undersigned.

PRINTED NAME: _Russel Kenney_
First Client

SIGNED: _Russel Kenny_
First Client

DATED: _2-17-09_

PRINTED NAME: _____
Second Client

SIGNED: _____
Second Client

DATED: _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS _17_ DAY OF _Feb_, 200_9_.

_[signature]_
NOTARY PUBLIC

6

Please help us to help you. The best way to give creditors a full understanding of your financial profile is by filling out this affidavit as **completely**, **neatly** and **accurately** as possible. This will greatly help our communication with your creditors. Thank you.

## AFFIDAVIT OF INCOME AND EXPENSES

### A. SOURCES OF INCOME AND GROSS MONTHLY AMOUNTS – MONEY RECEIVED BY YOU (BEFORE DEDUCTIONS)

| SOURCE OF INCOME | AMOUNT | SOURCE OF INCOME | AMOUNT |
|---|---|---|---|
| Social Security, Supplemental Security Income (SSI) or Retirement, Survivors, Disability Insurance (RSDI) *Please circle one or more.* | $ [redacted] | Wage Income | |
| | | Unemployment Compensation | |
| Other Disability Benefits | none | Rental Income | |
| Veterans' Benefits | none | Interest Income | |
| Workers' Compensation | none | Other Income (if any, please describe) | |
| Public Aid | none | | |
| Alimony | none | | |
| Child Support | none | | |
| Pension Benefits (ERISA-from company retirement plans) or IRA's | none | TOTAL INCOME | $ [redacted] |

### B. MONTHLY EXPENSES – MONEY YOU PAY TO OTHERS

| TYPE OF EXPENSE | MONTHLY AMOUNT | TYPE OF EXPENSE | MONTHLY AMOUNT |
|---|---|---|---|
| (Rent)/Mortgage *Please circle one.* | [redacted] | Clothing — can't afford | |
| Utilities (gas, electric, telephone, cell phone, water, etc.) | [redacted] | Medical — can't afford | |
| Real estate taxes. *Be sure to divide the yearly amount by 12.* | $0 [redacted] | Dental — can't afford | |
| Food | [redacted] | Religious Affiliation Donations — can't afford | |

7

| | | | |
|---|---|---|---|
| Car Payment(s) | | Health Insurance | ▇ |
| Car Insurance | ▇ | Life Insurance | |
| Car: Gas & Maintenance | ▇ | | |
| Other Transportation Costs | | Other Expenses (List) | |
| Reasonable expenses to support a child or parent | | | |
| | | **TOTAL EXPENSES** | ▇ |

Have you ever co-signed a financial document? In other words, have you ever signed a document with another person where they, and not you, were going to get something? __No__.
If yes, please give us the name of this person, the name of the creditor and the type of debt (e.g., a home loan or a car loan):

_____

The above-listed information has been carefully provided by me. I have disclosed all of my income and expenses. I understand the purpose of this disclosure and have voluntarily signed it.

PRINTED NAME: __Russel H Kenney__
                First Client

SIGNED: __Russel Kenny__
                First Client

DATED: __2-17-09__

PRINTED NAME: _____
                Second Client

SIGNED: _____
                Second Client

DATED: _____

SUBSCRIBED AND SWORN TO ME THIS
__17__ DAY OF __Feb__, 200__9__

__[signature]__
NOTARY PUBLIC

8

# Your New Benefit Amount

APR 07 2009

BENEFICIARY'S NAME:   RUSSEL H KENNEY

Your Social Security benefits will increase by 5.8 percent in 2009 because of a rise in the cost of living. You can use this letter when you need proof of your benefit amount to receive food stamps, rent subsidies, energy assistance, bank loans, or for other business.

## How Much Will I Get And When?

- Your new monthly amount (before deductions) is                                                     $██████
- The amount we are deducting for Medicare medical insurance is                        $0.00
  (If you did not have Medicare as of Nov. 20, 2008,
  or if someone else pays your premium, we show $0.00.)
- The amount we are deducting for your Medicare prescription drug plan is     $0.00
  (If you did not elect withholding as of Nov. 1, 2008, we show $0.00.)
- The amount we are deducting for voluntary federal tax withholding is            $0.00
  (If you did not elect voluntary federal tax withholding as of
  Nov. 20, 2008, we show $0.00.)
- After taking any other deductions, we will deposit                                                  $██████
  into your bank account on Jan. 2, 2009.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

## What If I Have Questions?

Visit our website at *www.socialsecurity.gov* for information and a variety of online services. You can also call **1-800-772-1213** and speak to a representative from 7 a.m. until 7 p.m. Monday through Friday. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week and early in the month; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, **1-800-325-0778**. If you are outside the United States, you can contact any U.S. embassy or consulate office, or the Veterans Affairs Regional Office in Manila. Please have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States, and need assistance of any kind, you also can visit your local office.

1438 E 85TH AVE
MERRILLVILLE IN

BNC#: ██████

Over ➤

# NetCFax Sent Fax transmission report
# Fax sent at:  6:31:54 PM, 04/27/2010

Server: fileserver at IP address 192.168.0.21

Faxing by NetCFax, THE NETWORKED FAX SOLUTION
developed by NetCPlus Internet Solutions, Inc.
The best networked fax solution for business networks.
For more details go to www.netcplus.com, or call +1 727 391 8966.

NB - This fax was sent using your cover page layout as specified.

## THIS FAX WAS SENT SUCCESSFULLY...

| | |
|---|---|
| Fax Status: | NORMAL |
| NetCFax Fax ID #: | 32955 |
| To Fax #: | 12604363285 |
| To Name: | |
| To Company: | Professional Recovery Inc |
| From Fax Number: | 13122631637 |
| From Voice Number: | 13122631633 |
| From Name: | Jeff Whitehead |
| From Company: | Legal Advocates for Seniors & People with Disabilities |
| **Subject:** | **Russel Kenney /▮▮▮▮** |
| **Time Sent:** | **18:31:54** |
| **Date Sent:** | **2010-04-27** |
| Sending Time: | 4 mins 36 secs |
| **Total Pages:** | **Cover page plus 6 attached pages.** |

No comments were included on cover page...

### END OF TRANSMISSION REPORT...

http://www.mylegaladvocates.org/CRM/incs/reports/faxReport.php?faxId=33291          8/6/2010

| IF PAYING BY MASTERCARD, VISA OR DISCOVER, FILL OUT BELOW. |
|---|

|  | MASTERCARD |  | VISA |  | DISCOVER |
|---|---|---|---|---|---|
| CARD NUMBER | | | | 3 Digit Code | AMOUNT |
| SIGNATURE | | | | | EXP DATE |

Address Service Requested

| ACCOUNT # | AMOUNT OF DEBT |
|---|---|
|  | $159.04 |

Russel H Kenney

　　IN

SUBMIT YOUR PAYMENT TO:

PROFESSIONAL RECOVERY, INC.
7319 WEST JEFFERSON BLVD
FORT WAYNE, IN 46804-6237

JUN 0 8 2010

---

RETURN THE ABOVE PORTION WITH YOUR PAYMENT FOR PROPER CREDIT TO YOUR ACCOUNT

Date: May 24, 2010

This Notice Is a Demand For Payment In Full.

The 30 day validation period has passed. We expect your payment in full so we can inform the original creditor of your account status.

As with standard practice with our agency for accounts that have passed the 30 day validation period, your account has been reported to the credit bureau.

| PATIENT NAME | SERVICE DATE | AMOUNT DUE | CREDITOR |
|---|---|---|---|
| Russel H Kenney | 05/11/07 | 159.04 | Internal Medicine Associates |

AMOUNT OF DEBT:   $159.04

ACCOUNT NUMBER:

This notice is from a debt collecting agency, attempting to collect a debt. Information obtained will be used for that purpose.

Please include your account number (　　　　) in all correspondence.
Payments are accepted online at www.professionalrecoveryinc.com or
you can mail or call your payment to:

PROFESSIONAL RECOVERY, INC.
7319 WEST JEFFERSON BLVD
FORT WAYNE, IN 46804-6237
(260) 456-1555 or 800-776-4750



EXHIBIT
C

**Legal Advocates for Seniors and People with Disabilities**
205 W. Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

**VIA FACSIMILE**

July 28, 2010

Professional Recovery Inc
7319 W Jefferson Blvd
Fort Wayne, IN 46804-6237

Re: Russel Kenney

▇▇▇▇▇▇▇▇▇▇▇
▇▇▇ IN ▇▇▇

Trustmark Recovery Services: # ▇▇▇▇▇▇▇▇▇▇ (Internal Medicine Assoc);
Reference: # ▇▇▇▇▇▇

LASPD file number: 4599

Dear Sir or Madam:

As you know from our previous correspondence, dated April 27, 2010, we represent Russel Kenney regarding your firm's attempts to collect the above-referenced debt.

In that correspondence, we requested that you cease all further communications with Mr. Kenney. Nonetheless, your firm has continued to contact Mr. Kenney directly, via written correspondence dated May 24, 2010. We demand that your firm immediately stop contacting Mr. Kenney's and direct all further communications regarding this debt to our office.

Moreover, as we previously informed your firm, Mr. Kenney's income is protected from levy, attachment or garnishment by Federal and/or State law. We therefore request that you cease all further collection activities regarding this debt.

If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

*Jeff Whitehead*

Jeff Whitehead
Supervising Attorney
Enc.


EXHIBIT D

# NetCFax Sent Fax transmission report
# Fax sent at:  4:53:49 PM, 07/28/2010

Server: fileserver at IP address 192.168.0.21

Faxing by NetCFax, THE NETWORKED FAX SOLUTION
developed by NetCPlus Internet Solutions, Inc.
The best networked fax solution for business networks.
For more details go to www.netcplus.com, or call +1 727 391 8966.

NB - This fax was sent using your cover page layout as specified.

### THIS FAX WAS SENT SUCCESSFULLY...

| | |
|---|---|
| Fax Status: | NORMAL |
| NetCFax Fax ID #: | 32955 |
| To Fax #: | 12604363285 |
| To Name: | |
| To Company: | Professional Recovery Inc |
| From Fax Number: | 13122631637 |
| From Voice Number: | 13122631633 |
| From Name: | Jeff Whitehead |
| From Company: | LASPD |
| **Subject:** | **Russel Kenney /** ▇▇▇▇▇ |
| **Time Sent:** | **16:53:49** |
| **Date Sent:** | **2010-07-28** |
| Sending Time: | 4 mins 57 secs |
| **Total Pages:** | **Cover page plus 6 attached pages.** |

No comments were included on cover page...

### END OF TRANSMISSION REPORT...

http://www.mylegaladvocates.org/CRM/incs/reports/faxReport.php?faxId=34483         8/6/2010